UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER A. HUTH,<br><br>    Plaintiff,<br><br>    v.<br><br>FALCON MINERALS CORP., CLAIR R. HARVEY, WILLIAM D. ANDERSON, ERIK C. BELZ, BRYAN C. GUNDERSON, MARK C. HENLE, ALAN J. HIRSHBERG, ADAM M. JENKINS, and STEVEN R. JONES,<br><br>    Defendants. | Case No.: 22-cv-1754 |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 24, 2022

                                          **MOORE KUEHN, PLLC**

                                          */s/Justin Kuehn*
                                          Justin A. Kuehn
                                          Fletcher W. Moore
                                          30 Wall Street, 8th floor
                                          New York, New York 10005
                                          Tel: (212) 709-8245
                                          jkuehn@moorekuehn.com
                                          fmoore@moorekuehn.com

                                          *Attorneys for Plaintiff*